**Opinion issued March 20, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00212-CV

———————————

## IN RE MARTIN APPARATUS, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[*]

On March 13, 2014, relator Martin Apparatus, Inc. filed a petition for a writ of mandamus and request for emergency relief. We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

---

[*] The underlying case is *Robert Valdez v. Martin Apparatus, Inc.*, in the 151st District Court of Harris County, Cause No. 2013-04483.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.